Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner, Esq. (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiff,
MATTHEW E. STOEN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW E. STOEN,<br><br>            Plaintiff,<br>vs.<br><br>CITIMORTGAGE, INC.; CITIBANK, N.A.; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.: 3:12-cv-04273-SC<br><br>**[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2012 CASE MANAGEMENT CONFERENCE**<br><br>Date: December 14, 2012<br>Time: 10:00 A.M.<br>Dept: Courtroom 1, 17th Floor<br>Judge: Samuel Conti<br><br>Action Filed: July 20, 2012 |

Based on his motion for leave to appear telephonically and for good cause showing, counsel for plaintiff MATTHEW E. STOEN may appear telephonically at the December 14, 2012, Case Management Conference set for 10:00 a.m. in the above-referenced matter.

   Plaintiff is to make the necessary arrangements to appear via CourtCall.

///

///

                                                                                       December 10, 2012

**DENIED**
*Judge Samuel Conti*

1 `