United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW E. STOEN,

    Plaintiff,

  v.

CITIMORTGAGE, INC.; CITIBANK, N.A.; and DOES 1-100, inclusive,

    Defendants.

) Case No. 12-4273 SC
)
) ORDER STAYING CASE

    On March 21, 2013, Plaintiff Matthew E. Stoen filed a Notice of Conditional Settlement of Entire Action, stating that the "parties are in settlement negotiations and tentatively anticipate settlement of the entire action within sixty (60) days." ECF No. 37.

    In light of this development, and to avoid derailing settlement negotiations, the Court STAYS the case, as well as its determination of Defendants CitiMortgage, Inc. and CitiBank, N.A.'s motion to dismiss Plaintiff's second amended complaint, ECF No. 31.

    The parties are instructed to file a joint report on settlement proceedings within sixty (60) days of this Order's

signature date.  If the parties do not do so, the stay will be lifted, and the Court will decide the motion to dismiss.

    IT IS SO ORDERED.

Dated: April 3, 2013                         
                                        UNITED STATES DISTRICT JUDGE