Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner, Esq. (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiff,
MATTHEW E. STOEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E. STOEN, | Case No.: CV-12-4273-SC |
| Plaintiff, | **REQUEST FOR VOLUNTARY DISMISSAL** |
| vs. | **AND [PROPOSED] ORDER** |
| CITIMORTGAGE, INC.; CITIBANK, N.A.; and DOES 1-100, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that pursuant to **FRCP 41(a),** Plaintiff MATTHEW E. STOEN, voluntarily dismisses the above-captioned action with prejudice.

Dated: June 24, 2013                              **REUHMANN LAW FIRM, P.C.**

                                                                     /s/ Stephen C. Ruehmann
                                                                Stephen C. Ruehmann, Esq.
                                                                Attorney for Plaintiff
                                                                MATTHEW E. STOEN

**[PROPOSED] ORDER GRANTING DISMISSAL**

**IT IS SO ORDERED**.

Dated: 06/24/2013                              _____
                                                                     United States [signature: Judge Samuel Conti]

1
REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER